No. 1005. BOHNKE ET AL. *v.* STATE OF NEW YORK. April 13, 1942. Petition for writ of certiorari to the County Court of Suffolk County, New York, denied. *Mr. Hayden C. Covington* for petitioners. *Mr. John J. Bennett, Jr.,*

Attorney General of New York, for respondent. *Miss Dorothy Kenyon* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of the petitioners.

